| | | |
|---|---|---|
| United States District Court | Southern District of Texas | |

United States District Court
Southern District of Texas
**ENTERED**
December 02, 2016
David J. Bradley, Clerk

Renee Ewing, §
§
§
Plaintiff, §
§
versus § Civil Action H-16-2560
§
ASI Lloyds, et al., §
§
Defendants. §

# Dismissal

1. Having been advised that the parties have reached a settlement, this case is dismissed with prejudice.

2. The court retains jurisdiction to enforce the settlement.

Signed on December 2, 2016, at Houston, Texas.

Lynn N. Hughes
United States District Judge